

**DLA Piper LLP (US)**
1251 Avenue of the Americas
27th Floor
New York, New York 10020-1104
www.dlapiper.com

Cara D. Edwards
cara.edwards@us.dlapiper.com
**T**  212.335.4714
**F**  212.884.8714

January 23, 2026

*Via ECF*

Hon. Naomi Reice Buchwald
Daniel Patrick Moynihan United States Courthouse
United States District Court for the Southern District of New York
500 Pearl Street, Courtroom 21A
New York, New York 10007-1312

Re:    *Karen Larson v. John Paul Mitchell Systems, et al.*, **Case No. 1:25-cv-10280-NRB**

Dear Judge Buchwald:

The undersigned represents L'Oréal USA and L'Oréal USA Products, Inc. (collectively "L'Oréal") in the above-referenced matter.   L'Oréal respectfully requests to join Defendant Henkel Corporation's ("Henkel's") Opposition to Plaintiff's Motion to Remand, filed on January 23, 2026, (*see* ECF No. 19), and thereby adopt the arguments made therein.

For the reasons set forth in Henkel's Opposition, L'Oréal asks that the Court deny Plaintiff's Motion to Remand.

We thank the Court for its attention to this matter and consideration of this request.

Respectfully submitted,

**DLA PIPER LLP (US)**

*/s/ Cara D. Edwards*
Cara D. Edwards
cara.edwards@us.dlapiper.com
1251 Avenue of the Americas, 27th Floor
New York, NY 10020-1104
Tele: 212.335.4714

cc:    All Counsel of Record (*via ECF*)