

Keith E Smith
Tel 215.988.7843
Fax 215.988.7801
smithkei@gtlaw.com

January 23, 2026

**<u>VIA ECF</u>**

The Honorable Naomi Reice Buchwald
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

> Re:  *<u>Larson v. John Paul Mitchell Systems, et al.</u>*<u>, Case No. 1:25-cv-10280-NRB</u>

Dear Judge Buchwald:

Pursuant to section 2.C.5. of Your Honor's Individual Practices, Defendant Henkel Corporation submits this letter to respectfully request oral argument on Plaintiff's Motion to Remand filed in the above-referenced action (ECF No. 15), as well as the nearly identical Motions to Remand filed in the related cases assigned to Your Honor, captioned as: *Gregory v. L'Oréal USA, Inc., et al.*, 1:25-cv-10298; *Eck v. John Paul Mitchell Systems, et al.*, 1:25-cv-10295; and *Clarke v. John Paul Mitchell Systems, et al.*, 1:25-cv-10289. There is another related action captioned as *Rini v. L'Oréal USA, Inc., et al.*, 1:25-cv-10285, that is currently assigned to the Honorable Jeannette A. Vargas. In that action the plaintiff, represented by the same counsel, has filed Motion to Remand that raises the exact same arguments as at issue here.  Henkel filed a Related Case Affidavit on December 18, 2025 (ECF No. 4), but the case was never reassigned like the others.  Accordingly, co-defendant L'Oréal USA Products, Inc. and L'Oréal USA, Inc. filed a pending motion to transfer the case to Your Honor on January 9, 2026 (ECF No. 16).  In the event the *Rini* case is reassigned as related to *Larson*, we respectfully request oral argument as to that Motion to Remand as well.

Thank you for the Court's courtesies and consideration of this matter.

Very truly yours,

*/s/ Keith E. Smith*
Keith E. Smith